IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION et al.,<br><br>*Defendants.* | No. 4:23-cv-01267-O |

### PLAINTIFFS OGLE SCHOOL MANAGEMENT, LLC, TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC, & AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Ogle School Management, LLC, Tricoci University of Beauty Culture, LLC, and the American Association of Cosmetology Schools ("AACS") (collectively, "Plaintiffs") appeal to the United States Court of Appeals for the Fifth Circuit from this Court's October 2, 2025 order (Dkt.77) and judgment (Dkt.78) denying Plaintiffs' motions for summary judgment, granting Defendants' cross-motion for summary judgment, granting Defendants' motion to strike, denying AACS' motion to strike, and dismissing the case with prejudice.

Respectfully submitted,

s/Paul D. Clement
Paul D. Clement, VA Bar #37915
  (admitted pro hac vice)
Andrew C. Lawrence, VA Bar #99830
  (admitted pro hac vice)
Kevin Wynosky, PA Bar #326087
  (admitted pro hac vice)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
andrew.lawrence@clementmurphy.com
kevin.wynosky@clementmurphy.com
*Counsel for Plaintiffs Ogle School Management, LLC, Tricoci University of Beauty Culture, LLC, & American Association of Cosmetology Schools*

Cole Ramey, TX Bar #16494980
Christin Jones, TX Bar #24070017
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue
Suite 4400
Dallas, TX 75201
(214) 922-7126
cramey@ktslaw.com
cjones@ktslaw.com
*Additional Counsel for Plaintiffs Ogle School Management, LLC & Tricoci University of Beauty Culture, LLC*

November 24, 2025