No. 25-11303

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS; OGLE SCHOOL MANAGEMENT, L.L.C.; TRICOCI UNIVERSITY OF BEAUTY CULTURE, L.L.C.; DUVALL'S SCHOOL OF COSMETOLOGY, L.L.C.,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, Secretary of the U.S. Department of Education, in her official capacity,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas
Hon. Reed O'Connor

District Court Case Nos. 4:23-cv-1267, 4:24-cv-259

# BRIEF OF APPELLANT
# DuVALL'S SCHOOL OF COSMETOLOGY, L.L.C.

Joakim Soederbaum
jsoederbaum@duanemorris.com
DUANE MORRIS LLP
200 Crescent Court, Suite 900
Dallas, TX 75201-1514
Telephone: +1 817 704 1056
Facsimile: +1 817 704 1001

Attorney for Appellant
DuVall's School of Cosmetology, L.L.C.

Pursuant to <u>Fed. R. App. P. 28(i)</u>, appellant DuVall's School of Cosmetology, L.L.C. ("DuVall's") joins in the brief filed by co-appellants American Association of Cosmetology Schools, Ogle School Management, LLC, and Tricoci University of Beauty Culture, LLC, adopting it as if restated in full here.

Date: March 24, 2026

_/s/ Joakim G. Soederbaum_
Joakim Soederbaum
jsoederbaum@duanemorris.com
DUANE MORRIS LLP
200 Crescent Court, Suite 900
Dallas, TX 75201-1514
Telephone: +1 817 704 1056
Facsimile: +1 817 704 1001

Attorney for Appellant
DuVall's School of Cosmetology, L.L.C.

## Certificate of Service

I certify that (1) on March 23, 2026, I served by email a copy of the foregoing document upon all counsel of record identified in this Court's electronic filing system; and (2); on March 24, 2026, I caused a copy of the foregoing document to be filed using this Court's electronic filing system, which served a copy of the same upon all counsel of record.

_/s/ Joakim G. Soederbaum_
Joakim G. Soederbaum

No. 25-11303

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

AMERICAN ASSOCIATION OF COSMETOLOGY SCHOOLS; OGLE SCHOOL
MANAGEMENT, L.L.C.; TRICOCI UNIVERSITY OF BEAUTY CULTURE, L.L.C.;
DUVALL'S SCHOOL OF COSMETOLOGY, L.L.C.,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF EDUCATION; LINDA MCMAHON, Secretary of the
U.S. Department of Education, in her official capacity,

*Defendants-Appellees*.

---

On Appeal from the United States District Court
for the Northern District of Texas
Hon. Reed O'Connor

District Court Case Nos. 4:23-cv-1267, 4:24-cv-259

---

**CERTIFICATE OF INTERESTED PERSONS OF APPELLANT**
**DuVALL'S SCHOOL OF COSMETOLOGY, L.L.C.**

---

Joakim Soederbaum
jsoederbaum@duanemorris.com
DUANE MORRIS LLP
200 Crescent Court, Suite 900
Dallas, TX 75201-1514
Telephone: +1 817 704 1056
Facsimile: +1 817 704 1001

Attorney for Appellant
DuVall's School of Cosmetology, L.L.C.

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal: all appellants, including DuVall's School of Cosmetology, L.L.C.; Ogle School Management, L.L.C.; Tricoci University of Beauty Culture, L.L.C.; and the American Association of Cosmetology Schools. Pursuant to Rule 28.2.1, which permits large groups of persons or firms to be specified by a generic description in lieu of individual listing, in addition to the appellants, all institutions of higher learning that receive funds under Title IV of the Higher Education Act of 1965, as amended, have a financial interest in the outcome of this case.

Counsel for the co-appellants are: Kilpatrick Townsend & Stockton LLP and Clement & Murphy PLLC for Ogle School Management, L.L.C., Tricoci University of Beauty Culture, L.L.C., and the American Association of Cosmetology Schools.

Counsel for the appellees is: the U.S. Department of Justice, Civil Division.

Date: March 24, 2026

      */s/ Joakim G. Soederbaum*

Joakim Soederbaum

jsoederbaum@duanemorris.com

DUANE MORRIS LLP

200 Crescent Court, Suite 900

Dallas, TX 75201-1514

Telephone: +1 817 704 1056

Facsimile: +1 817 704 1001

Counsel for Appellant

DuVall's School of Cosmetology, L.L.C.

**<u>Certificate of Service</u>**

I certify that (1) on March 23, 2026, I served by email a copy of the foregoing document upon all counsel of record identified in this Court's electronic filing system; and (2) on March 24, 2026, I caused a copy of the foregoing document to be filed using this Court's electronic filing system, which served a copy of the same upon all counsel of record.

      */s/ Joakim Soederbaum*

Joakim G. Soederbaum
