**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, D.C. 20530-0001

Tel: (202) 514-3388

August 24, 2026

**By CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *American Association of Cosmetology Schools*, *et al.*., *v. United States Department of Education*, *et al.*, No. 25-11303
(oral argument not yet scheduled)

Dear Mr. Cayce:

I write with an update regarding the Department of Education regulations challenged in this case. On July 1, 2026, following a statutory negotiated rulemaking process and notice and comment, the Department published the final rule *Accountability in Higher Education and Access Through Demand-Driven Workforce Pell: Student Tuition and Transparency System (STATS) and Earnings Accountability*, 91 Fed. Reg. 40136 (July 1, 2026). When the relevant provisions of that rule take effect on July 1, 2027, they will supersede the regulatory provisions that plaintiffs challenge in this suit.

Sincerely,

/s/ Sean R. Janda

SEAN R. JANDA
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Avenue NW
Room 7260
Washington, D.C. 20530
(202) 514-3388