Clement & Murphy
PLLC

September 14, 2026

**Via CM/ECF**

Lyle W. Cayce
Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *American Association of Cosmetology Schools, et al. v. United States Department of Education, et al.* (No. 25-11303)

Dear Mr. Cayce:

Plaintiffs-Appellants submit this response to the Department of Education's letter, *see* Dkt.66, regarding the recently finalized Student Tuition and Transparency System and Earnings Accountability rule, 91 Fed. Reg. 40,136 (July 1, 2026).

The Department describes that rule as one that will "supersede" the 2023 "gainful employment" rule at issue in this appeal. Dkt.66. But the Department does not argue that the new rule moots this appeal—and for good reason. As the Department's letter acknowledges, the "relevant provisions" of the new rule will not take effect until next summer—"on July 1, 2027," Dkt.66—so the 2023 Rule challenged here is still operative.

Nor does the Department argue that the new rule will moot this appeal even if the appeal is still ongoing next July. That is presumably because the new rule is substantially similar to the 2023 Rule—for instance, the new rule features a "revised earnings premium measure" that "largely resembles the earnings premium measure" in the 2023 Rule. 91 Fed. Reg. at 40,136, 40,138; *see* Opening.Br.20 (discussing 2023 Rule's earnings-premium test). As this Court has explained, "[w]hen a challenged rule is replaced with a new rule," that "change will not moot the case if the government repeals the challenged action and replaces it with something substantially similar." *Franciscan All., Inc. v. Becerra*, 47 F.4th 368, 374 (5th Cir. 2022); *see also, e.g.*, *Texas v. Biden*, 20 F.4th 928, 958 (5th Cir. 2021), *rev'd on other grounds*, 597 U.S. 785 (2022) (explaining that a case is not moot "when a government repeals the challenged action and replaces it with something substantially similar" because "the injury remains").

Because this appeal is still live and will continue to remain live even when the new rule takes effect next July, Plaintiffs-Appellants respectfully request that the Court proceed expeditiously with oral argument and a decision.

Respectfully submitted,

/s/ Paul D. Clement
Paul D. Clement
*Counsel for Plaintiffs-Appellants Ogle School Management LLC; Tricoci University of Beauty Culture, LLC; and American Association of Cosmetology Schools*

Cc: All counsel of record (*via CM/ECF*)